UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>- against -<br><br>NINO COPPERO DEL VALLE,<br><br>                    Defendant. | **ORDER**<br><br>15 Cr. 178 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

        The Defendant's sentencing, currently scheduled for January 18, 2022 at 11:30 a.m., will now take place on **January 18, 2022 at 2:30 p.m.**

Dated: New York, New York
       January 7, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge